THOMAS SETTLE ET AL. v. SOUTHERN RAILWAY COMPANY AND
YANDLE BROS., CHARLES YANDLE COMPANY
AND CHARLES YANDLE.*

(Filed 19 May, 1909.)

1. Evidence, How Construed—Nonsuit.

The plaintiff's evidence must be accepted as true and construed
in a light most favorable to him, upon an appeal from a motion as
of nonsuit upon the evidence.

2. Negligence—Evidence—Blasting—Dynamite—Nonsuit—Questions
for Jury.

Evidence of negligence, in an action for damages caused by
blasting, is sufficient to be submitted to the jury, and to refuse a
motion as of nonsuit upon the evidence, which tends to show that
plaintiff's house was injured by concussions and vibrations result-
ing from defendant's blasting, causing 200-pound rocks to be
hurled a great distance across a river, and no attempt was made
to confine or smother the blasts, in which over two hundred
pounds of powder and twenty sticks of dynamite were used at a
time.

ACTION tried before *Ward, J.*, and a jury, at September Term,
1908, of BUNCOMBE.

Defendants appealed.

*J. C. Martin, J. H. Merrimon* and *J. G. Merrimon* for plain-
tiffs.

*Wells & Swain* for defendants.

BROWN, J. This action was originally instituted against the
Southern Railway Company and the above-named defendants,
Yandle Bros., Charles Yandle Company and Charles Yandle,
contractors, for damages to plaintiff's house from blasting oper-
ations, conducted by the said contractors in constructing a track
for the railway company. The suit was not prosecuted against
the latter, and judgment was obtained against the contractors.
The jury found that the defendants were guilty of negligence
and that the property of plaintiffs had been injured by reason

---

*WALKER, J., did not sit on the hearing of this case.

thereof. The only exception is to the refusal of the court to nonsuit the plaintiffs. On such motion the plaintiff's evidence must be accepted as true, and construed in the light most favorable to him. *Millhiser v. Leatherwood,* 140 N. C., 235.

There is much more than a scintilla of evidence in this case. The plaintiff's house was injured by concussions and vibrations, which were the result of blasting. Rocks weighing 200 pounds were hurled a great distance and across the French Broad River. No attempt was made to confine the blasts or to smother them. In making the blasts, as much as eight kegs (over two hundred pounds) of powder and twenty sticks of dynamite were used at a time. The evidence is much stronger than the evidence in *Blackwell v. Railroad,* 111 N. C., 151, and *Kimberly v. Howland,* 143 N. C., 398.

We are not prepared to say that there is no evidence of negligence sufficient in probative force to be submitted to a jury.

The motion to nonsuit was properly overruled.

No Error.